# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0252

VERSUS

JASON JARRELL SPIKES                                  **APRIL 22, 2021**

---

In Re:     Jason Jarrell Spikes, applying for supervisory writs,
           22nd Judicial District Court, Parish of Washington,
           No. 16-CR6-129868.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT